

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

NANCY A. BROWN
TELEPHONE: (212) 336-1023
EMAIL: BROWNN@SEC.GOV

November 9, 2018

**VIA Email and ECF**

Hon. Cathy Seibel
United States District Judge
United States District Court
    for the Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building
    and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

> This Court will hold a status conference on 11/16/18 at 2:30 pm. Both sides shall attend in person. Plaintiff's counsel shall provide Defendant with a copy of this endorsement as soon as possible.
>
> SO ORDERED.
>
> *Cathy Seibel*
> CATHY SEIBEL, U.S.D.J.
>
> 11/9/18

Re: SEC v. Scronic;
     No. 17 Civ. 7615 (CS)

Dear Judge Seibel:

    We represent the Plaintiff, Securities and Exchange Commission ("Commission"), in this action.

    As the Court is aware, Defendant Scronic was criminally convicted in the parallel criminal matter, United States v. Scronic, No. 18 Cr. 00043 (CS) (S.D.N.Y.), and was sentenced by this Court on September 27, 2018 to 96 months' imprisonment. We understand from the Judgment that he is due to surrender on November 26, 2018.

    Since Defendant's sentencing, the Commission has sought to achieve final resolution of this case with him without success. Therefore, the Commission respectfully requests that the Court set a date for a conference so that, prior to Defendant's surrender, a final attempt at resolution can be made, or, failing that, a briefing schedule can be set for summary judgment on the outstanding monetary relief issues. The Commission further respectfully requests that such Conference date be set at the Court's convenience during the week of November 12, 2018.

Respectfully submitted,

Nancy A. Brown

cc: Michael Scronic (via UPS Overnight)