

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

NANCY A. BROWN
TELEPHONE: (212) 336-1023
EMAIL: BrownN@sec.gov

December 14, 2018

**VIA Email and ECF**

Hon. Cathy Seibel
United States District Judge
United States District Court
    for the Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building
    and United States Courthouse
300 Quarropas Street
White Plains, NY  10601-4150

    Re:    SEC v. Scronic;
            No. 17 Civ. 7615 (CS)

Dear Judge Seibel:

    We represent the Plaintiff, Securities and Exchange Commission ("Commission"), in this action.

    In our letter to the Court, dated November 16, 2018, we advised the Court that we believed we would have a Commission decision on the settlement in principle with Defendant Scronic by year's end.  That no longer seems possible, and we write to advise the Court that we now hope to have the Commission's decision by no later than mid-February 2019.

    If we encounter further delay, we will advise the Court promptly.

                                          Respectfully submitted,

                                          Nancy A. Brown

cc:    Michael Scronic (via UPS overnight)