

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

NANCY A. BROWN
TELEPHONE: (212) 336-1023
EMAIL: BROWNN@SEC.GOV

February 11, 2019

**VIA Email and ECF**

Hon. Cathy Seibel
United States District Judge
United States District Court
    for the Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building
    and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

    Re:    SEC v. Scronic;
              No. 17 Civ. 7615 (CS)

Dear Judge Seibel:

    We represent the Plaintiff, Securities and Exchange Commission ("Commission"), in this action.

    Enclosed for the Court's consideration is a proposed Final Judgment on consent which fully resolves the Commission's claims in this action against Defendant Scronic. As the Court will note, the Final Judgment incorporates the previously entered injunctions sought by the Commission (DE 14). The Final Judgment also reflects the Commission's determination to deem satisfied Scronic's obligations for disgorgement and prejudgment interest by the restitution and forfeiture orders entered in the parallel criminal case, United States v. Scronic, No. 18 Cr. 00043 (CS) (S.D.N.Y.). Additionally, the Commission has determined to forgo seeking a monetary penalty against Defendant in light of the criminal sentence of incarceration imposed by the Court. If the proposed Final Judgment is acceptable to the Court, we respectfully request that it be entered together with the Consent.

                            Respectfully submitted,

                            Nancy A. Brown

cc:    Michael Scronic (via USPS overnight)